IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBBY JAMES GRAY                                                                          PLAINTIFF

v.                                      3:23-cv-00248-DPM-JJV

HOUCHIN, Doctor; *et al.*                                                              DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   DISCUSSION

Rubby James Gray ("Plaintiff") is confined in the Poinsett County Detention Center. He has recently filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging he is being denied constitutionally adequate medical care for a brain aneurysm. (Doc. 2.) However, Plaintiff is already proceeding with that claim in a case that is currently pending in this District. *See Gray v. Does*, 3:23-cv-00206-LPR-ERE (Doc. 9 at 5-7; Doc. 13 at 4-5.) Plaintiff cannot simultaneously proceed with the same claim in two lawsuits. Accordingly, I recommend this subsequently filed lawsuit be dismissed without prejudice as being redundant, duplicative, and frivolous.[1] *See Aziz*

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking

*v. Burrows*, 976 F.2d 1158, 1158–59 (8th Cir.1992) (district courts may dismiss complaint which raises issues directly related to issues in other pending action by same party as redundant and frivolous); *Higgins v. Carpenter*, 258 F.3d 797, 801 (8th Cir. 2001) (prisoner's duplicative § 1983 actions were legally frivolous and thus a strike under 28 U.S.C. § 1915(g)).

## II.  CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 1) be DISMISSED without prejudice and this case be CLOSED.

2. Dismissal of this action be counted, in future, as a strike under 28 U.S.C. § 1915(g).

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 4th day of January 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b).