IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                                   PLAINTIFF

v.                                    No. 3:23-cv-248-DPM

**HOUCHIN, Doctor, and
SUSAN DUFFEL, Nurse**                                                                DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 2*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Strike recommended.  28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 February 2024