IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUBBY JAMES GRAY**                                        PLAINTIFF

v.                    No. 3:23-cv-248-DPM

**HOUCHIN, Doctor, and
SUSAN DUFFEL, Nurse**                               DEFENDANTS

## JUDGMENT

Gray's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2024